No. 1132, Misc. KEENAN *v.* MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied.

No. 1164, Misc. MACK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1178, Misc. BREAZEALE *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 1194, Misc. STIEHLER *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1196, Misc. WARD *v.* HEROLD, ACTING HOSPITAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 1204, Misc. CERMAK *v.* NEW YORK. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 1209, Misc. COLBERT *v.* KROPP, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 1218, Misc. RAVEN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 1225, Misc. BERRY *v.* NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 1226, Misc. WILLIAMS *v.* SUPREME COURT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.